EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: <br><br> Héctor M. Aponte Ortiz | 2008 TSPR 169 <br><br> 175 DPR _____ |

Número del Caso: TS-4342

Fecha: 23 de octubre de 2008

Abogado de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías
Director Ejecutivo

Oficina de Inspección de Notarías:

Lcda. Lourdes I. Quintana Lloréns
Directora

Materia: Baja voluntaria al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Héctor M. Aponte Ortiz                    4342

RESOLUCIÓN

San Juan, Puerto Rico, a 23 de octubre de 2008

Vista la Moción en Cumplimiento de Resolución, Moción Solicitando Autorización a Baja Voluntaria, Moción Informativa y la segunda Moción Solicitando Autorización a Baja Voluntaria, se autoriza la baja voluntaria del Lcdo. Héctor M. Aponte Ortiz.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo